## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | |
|---|---|
| A.D., a minor, by and through his mother B.D.; G.L., a minor, and H.L., a minor, by and through their mother K.L.; and N.T.,<br><br>      Plaintiffs,<br><br>  v.<br><br>EFFINGHAM COUNTY SCHOOL DISTRICT; YANCY FORD, in his individual and official capacity; TORIAN WHITE, in his individual and official capacity; AMIE DICKERSON, in her individual and official capacity; and BRIGID NESMITH, in her individual and official capacity,<br>      Defendants. | Case No. 4:23-cv-00170-WTM-CLR |

## CONSENT MOTION TO DISMISS CLAIMS BY N.T. WITHOUT PREJUDICE

COMES NOW Plaintiffs A.D., a minor, by and through his mother, B.D., G.L., a minor, and H.L., a minor, by and through their mother K.L., and N.T. ("Plaintiffs"). To comply with this Court's Order Granting in Part and Denying in Part Plaintiffs' Motion to Proceed Using Pseudonyms, Doc. No. 20, and pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs move for this Court to dismiss N.T.'s claims against Defendants without prejudice. Plaintiffs have conferred with Defendants and they do not oppose this motion.

Respectfully submitted this 1st day of December, 2023.

/s/ Harold D. Melton
Harold D. Melton
Georgia Bar No. 501570
Frederick J. King
Georgia Bar No. 110969
Serena Premjee (*pro hac vice forthcoming*)
Georgia Bar No. 163189
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimilie: 404.885.3900
harold.melton@troutman.com
frederick.king@troutman.com

*/s/ Cory Isaacson*
Cory Isaacson (admitted *pro hac vice*)
Georgia Bar No. 983797
Nneka Ewulonu
Georgia Bar No. 373718
Andres Martin Lopez-Delgado
Georgia Bar No. 552876
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA**
P.O. Box 570738
Atlanta, GA 30357
Telephone: 404.594.2723
Facsimile: 770.303.0060
cisaacson@acluga.org
newulonu@acluga.org
adelgado@acluga.org

*Counsel for Plaintiffs*