UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| A.D., a minor, by and through his mother B.D.; G.L., a minor, and H.L., a minor, by and through their mother K.L., <br>                              Plaintiffs, <br><br> v. <br><br> EFFINGHAM COUNTY SCHOOL DISTRICT; <br> YANCY FORD, in his individual and official capacity; <br> TORIAN WHITE, in his individual and official capacity; <br> AMIE DICKERSON, in her individual and official capacity; and <br> BRIGID NESMITH, in her individual and official capacity, <br>                              Defendants. | Case No. 4:23-cv-00170-JRH-CLR |

**Motion for an Informal Discovery Dispute Conference**

Plaintiffs advise the Court that a discovery dispute has arisen which they have been unable to resolve without the involvement of the Court. To that end Plaintiffs certify that they have made a good faith effort to resolve this issue in compliance with S.D. Ga. L.R. 26.5 and the Standard Procedures for Magistrate Judge Ray. In compliance with the Court's Standard Procedures for Discovery Disputes and Settlement Conferences, Plaintiffs respectfully request the Court to schedule an informal discovery dispute conference.

Plaintiffs have consulted with the other parties in this case and all parties are available on the below listed dates and times. Plaintiffs anticipate that this conference will take one hour.

Thursday, April 25, 2024 between 12:00 and 3:00 PM

Thursday, May 2, 2024 between 11:00 AM and 3:00 PM

Friday, May 3, 2024 before 3:00 PM

1

Signed this 17th day of April, 2024

/s/ *Harold D. Melton*
Harold D. Melton
Georgia Bar No. 501570
Frederick J. King
Georgia Bar No. 110969
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimilie: 404.885.3900
harold.melton@troutman.com
frederick.king@troutman.com

/s/ *Cory Isaacson*
Cory Isaacson
Admitted *Pro Hac Vice*
Georgia Bar No. 983797
Nneka Ewulonu
Georgia Bar No. 373718
Andres Martin Lopez-Delgado
Georgia Bar No. 552876
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA**
P.O. Box 570738
Atlanta, GA 30357
Telephone: 404.594.2723
Facsimile: 770.303.0060
cisaacson@acluga.org
newulonu@acluga.org
adelgado@acluga.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing document with the Clerk of Court using the e-filing system, which will automatically send notification of such filing to the attorneys of record.

This 17th day of April, 2024.

*/s/ Harold D. Melton*
Harold D. Melton
Georgia Bar No. 501570