UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| A.D., a minor, by and though his mother B.D., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV423-170 |
| EFFINGHAM COUNTY SCHOOL DISTRICT, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**SECOND AMENDED SCHEDULING ORDER**

The Court held an informal discovery dispute conference with the parties. Doc. 34 (Minute Entry). After a lengthy, good faith discussion, the parties agreed they would continue to confer and attempt to narrow the disputes before filing any motions to compel. The nature of the discovery dispute is such that its outcome will greatly impact the scope– and length–of discovery. Finding good cause to extend the discovery deadlines in the operative schedule, *see* doc. 26, the Court *sua sponte* issues the following Amended Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court. Per the parties' requests, this Amended Scheduling Order includes an extended

1

deadline for Plaintiffs to file a motion to compel and Defendants to seek a stay of discovery related to the discovery dispute.

| | |
|---|---|
| **PLAINTIFFS' DEADLINE TO FILE A MOTION TO COMPEL** | June 17, 2024 |
| **DEFENDANTS' DEADLINE TO FILE A MOTION TO STAY DISCOVERY** | June 17, 2024 |
| **LAST DAY FOR FACT DISCOVERY** | December 2, 2024 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY PLAINTIFFS** | December 27, 2024 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY DEFENDANTS** | February 24, 2025 |
| **LAST DAY FOR EXPERT DISCOVERY** | March 31, 2025 |
| **JOINT STATUS REPORT DUE** | April 28, 2025 |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS *IN LIMINE*** | June 9, 2025 |

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this 6th day of May, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA