UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| A.D., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EFFINGHAM COUNTY SCHOOL DISTRICT, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 4:23-CV-0170-JRH-CLR |

## JOINT STATUS REPORT

Per this Court's recent order, the parties are required to "confer and submit a joint status report…indicating what discovery has been done and what discovery remains outstanding." Order, Dkt. No. 51 at 39.  The parties conferred via telephone conference on Friday, November 1, 2024 and submit the following their status report on discovery.

Plaintiff served written responses to Defendants' discovery requests during the first week of June 2024.  Plaintiff anticipates producing responsive documents this week.

Defendants, in compliance with the order on the Motion to Compel, have served today supplemental/amended responses to Plaintiff's Interrogatories (Int. Nos. 5, 6, 15 and 17) and to Plaintiff's document requests (Req. No. 31) and produced attendant responsive documents. Defendants further have produced documents responsive to Req. Nos. 8, 9 and 10.  In total, Defendants have produced over 4,000 additional pages of documents, consisting of disciplinary summaries broken down by demographics and disciplinary referrals for individual students.

Defendants have moved for additional time to provide documents responsive to the interrelated Req. Nos. 22, 23 and 24 as well as to produce attendant native email with metadata. See Motion, Dkt. No. 54. The parties conferred on this request, but were not able to agree.

Presently, the parties anticipate conducting depositions of approximately 20 fact witnesses, though some of these witnesses may overlap. Plaintiffs anticipate having between 1-3 expert witnesses. Depending on the opinions offered, Defendants will likely have a similar number of rebuttal expert witnesses.

Because of outstanding document production, the number of anticipated depositions and the impending December 2, 2024 fact discovery cutoff (see Scheduling Order, Dkt. No. 35), Defendants have moved for an enlargement/amendment of the current scheduling order. See Motion, Dkt. No. 54. The parties conferred on this request, but were not able to agree.

The parties have conferred and resolved all disputes over costs and fees related to Plaintiff's Motion to Compel.

This 4th day of November, 2024.

        **PEREIRA, KIRBY, KINSINGER and NGUYEN, LLP**

        *s/Aparesh Paul*
        Aparesh Paul (with express permission)
        GA Bar No.: 362648

210 Washington St. NW, Suite 203
Gainesville, GA 30501
Telephone: (770) 534-7341
Fax: (770) 532-0399
E-mail: apaul@pkknlaw.com        **ATTORNEYS FOR DEFENDANTS**

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

**s/ *Harold D. Melton*** 
Harold D. Melton
Georgia Bar No. 501570
Frederick J. King
Georgia Bar No. 110969

600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900
Harold.Melton@troutman.com
Frederick.King@troutman.com

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA**

**/s/ *Cory Isaacson*** 
Cory Isaacson
Georgia Bar No. 983797
*Admitted Pro Hac Vice*

Nneka Ewulonu
Georgia Bar No. 373718
Andres Lopez-Delgado
Georgia Bar No. 552876

P.O. Box 570738
Atlanta, GA 30357
Telephone: 404.594.2723
Facsimile: 770.303.0060
CIsaacson@acluga.org
Newulonu@acluga.org
ADelgado@acluga.org

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing document with the Clerk of Court using the e-filing system, which will automatically send notification of such filing to the attorneys of record.

This 4th day of November, 2024.

/s/ *Harold D. Melton*
Harold D. Melton
Georgia Bar No. 501570