# United States District Court

## Southern District of Georgia

A.D. et al.

_____
Plaintiff

Case No. 4:23-cv-00170-JRH-CLR

v.  Effingham County School District et al.

_____
Defendant

Appearing on behalf of

A.D. et al. (Plaintiffs)
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  11th  day of  March , 2025 .

*[signature]*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Nicole E. Crossey

Business Address: Troutman Pepper Locke LLP
Firm/Business Name

301 Carnegie Center, Suite 400
Street Address

Princeton | New Jersey | 08540
City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(609) 951-4159 | 304532019
Telephone Number (w/ area code) | New Jersey Bar Number

Email Address: Nicole.crossey@troutman.com