# United States District Court

## Southern District of Georgia

A.D. et. al.

_____
Plaintiff

v.   Effingham County School District

_____
Defendant

Case No.  4:23-cv-00170-JRH-CLR

Appearing on behalf of

A.D. et al. (Plaintiffs)
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  28th  day of      July      ,  2025  .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Akiva Freidlin

Business Address:   American Civil Liberties Union Foundation of Georgia
Firm/Business Name

_____
Street Address

| Street Address (con't) | City | State | Zip |

P.O. Box 570738
Mailing Address (if other than street address)

| Address Line 2 | Atlanta | GA | 30357 |
| City | State | Zip |

732-666-3300                    692290
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:   afreidlin@acluga.org